IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO BENITEZ, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> JEROME BOGUCKI, RAYMOND SCHALK, ) <br> PAUL ZACHARIAS, LEE EPLEN, the CITY ) <br> OF CHICAGO, GAIL FEIGER, and COOK ) <br> COUNTY, ) <br> ) <br> *Defendants.* ) | Case No.: 23-cv-16896 <br><br> Hon. Mary M. Rowland |

## CITY DEFENDANTS' JOINT MOTION FOR LEAVE TO JOIN DEFENDANT FEIGER'S MOTION TO DISMISS COUNT IX OF PLAINTIFF'S AMENDED COMPLAINT

NOW COME City Defendants BOGUCKI, SCHALK, ZACHARIAS, and EPPLEN, by and through their attorneys, Steven B. Borkan, Timothy P. Scahill, Misha Itchhaporia, Whitney N. Hutchinson, Molly E. Boekeloo, and Kathryn E. Boyle, of BORKAN & SCAHILL, LTD., and Defendant CITY OF CHICAGO, by and through its attorneys, Terrence M. Burns of BURNS NOLAND, LLP, and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(g) seeks leave to join Defendant FEIGER's Motion to Dismiss Count IX of Plaintiff's Amended Complaint. City Defendants incorporate by reference as it fully incorporated herein Defendant Feiger's Motion to Dismiss Count IX of Plaintiff's Amended Complaint. (Dkt. #52).

WHEREFORE, City Defendants, Bogucki, Schalk, Zacharias, Epplen and the City of Chicago, respectfully request that this Honorable Court enter an order dismissing Count IX of Plaintiff's Amended Complaint with prejudice, as well as those portions of Count XI and XII that seek vicarious relief pursuant to the allegations of that count, and whatever additional relief this Honorable Court deems just.

By: /s/ *Paul A. Michalik*                              By: /s/ *Misha Itchhaporia*

| | |
|---|---|
| Special Assistant Corporation Counsel | Special Assistant Corporation Counsel |
| Terrence M. Burns<br>Paul A. Michalik<br>Daniel M. Noland<br>Katherine C. Morrison<br>Daniel J. Burns<br>Dhaviella N. Harris<br>Burns Noland LLP<br>311 South Wacker Dr., Suite 5200<br>Chicago, IL 60606<br>(312) 982-0090 (telephone)<br>(312) 429-0644 (facsimile)<br>*Attorneys for Defendant City of Chicago* | Steven B. Borkan<br>Timothy P. Scahill<br>Misha Itchhaporia<br>Molly E. Boekeloo<br>Kathryn E. Boyle<br>Borkan & Scahill, Ltd.<br>20 S. Clark St., Suite 1700<br>Chicago, IL 60302<br>Tel: (312) 580-1030<br>Fax: (312) 263-0128<br>*Attorneys for Defendants Bogucki, Schalk, Zacharias and Epplen* |