## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Francisco Benitez
                              Plaintiff,

v.                                                     Case No.: 1:23−cv−16896
                                                            Honorable Mary M. Rowland

Jerome Bogucki, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: In person status hearing held. Parties reported on the status of the case and settlement. For the reasons stated on the record, the court extends the close of expert discovery to 12/15/25. By 8/13/24 parties shall file status report proposing a dispositive motion schedule and trial date. Status hearing set for 9/26/24 at 9:30am. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.