IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FRANCISCO BENITEZ,** | ) | |
| | ) | |
| | ) | **Plaintiff,** |
| | ) | |
| vs. | ) | No.: 23 cv 16896 |
| | ) | |
| **JEROME BOGUCKI, RAYMOND SCHALK, PAUL ZACHARIAS, LEE EPLEN, the CITY OF CHICAGO, GAIL FEIGER, and COOK COUNTY,** | ) ) ) ) ) | Judge Mary M. Rowland |
| | ) | |
| | ) | **Defendants.** |

## DEFENDANTS' JOINT MOTION FOR CLARIFICATION OF COURT ORDER AT DOCKET No. 82

NOW COME Defendants JEROME BOGUCKI, RAYMOND SCHALK, PAUL ZACHARIAS and LEE EPLEN, (collectively "Defendant Officers") by and through their attorneys, Borkan & Scahill, Ltd., and Defendant, CITY OF CHICAGO, by and through its attorneys, Burns Noland LLP, and respectfully request the Court clarify and/or modify its order at Dckt. 82. In support thereof, Defendants state as follows:

1. On August 15, 2024, this Court entered an order that stated, in relevant part, "[t]he Court will extend fact discovery to 6/16/25 (18 months after the case was filed) but keeps expert discovery close date at 12/15/24. Plaintiff is to disclose all experts by 9/30/24; defendants are to disclose all experts by 10/30/24 and all expert discovery is to be completed by 12/15/24. This includes Monell experts." Dckt. 82.

2. The above current expert schedule would have expert discovery being completed before the completion of fact discovery on 6/16/25.

3. As a result, Defendants seek clarification of the Court's order and request that it modify the schedule as follows: expert discovery deadline at 12/15/25, Plaintiff disclose all experts by 9/30/25

and Defendants disclose all experts by 10/30/25.

WHEREFORE, Defendants JEROME BOGUCKI, RAYMOND SCHALK, PAUL ZACHARIAS and LEE EPLEN, and Defendant, CITY OF CHICAGO, respectfully request the Court clarify and/or modify its order at Dckt. 82 to reflect that expert discovery will close on 12/15/25, Plaintiff disclose all experts by 9/30/25 and Defendants disclose all experts by 10/30/25.

Respectfully submitted,

By: *s/Katherine C. Morrison*
Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris
Burns Noland LLP
311 South Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for Defendant City of Chicago*

By: *s/ Misha Itchhaporia*
Special Assistant Corporation Counsel

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Misha Itchhaporia
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60302
*Attorneys for Defendant Officers*