**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANCISCO BENITEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 2023 cv 016896 |
| | ) |
| JEROME BOGUCKI, RAYMOND SCHALK, | ) |
| PAUL ZACHARIAS, LEE EPLEN, the CITY OF | ) |
| CHICAGO, GAIL FEIGER, and COOK COUNTY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To: Attorneys of Record

YOU ARE HEREBY NOTIFIED that on August 22, 2024, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendants' Joint Motion for Clarification of Court Order at Docket No. 82, copy of which is attached hereto.

| | |
|---|---|
| Steven B. Borkan (6193463) | /s/ Borkan & Scahill, Ltd. |
| Timothy P. Scahill (6287296) | BORKAN & SCAHILL, LTD. |
| BORKAN & SCAHILL, LTD. | |
| Two First National Plaza | |
| 20 South Clark Street, Suite 1700 | |
| Chicago, Illinois 60603 | |
| (312) 580-1030 | |

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on August 22, 2024.

/s/ Misha Itchhaporia
    Misha Itchhaporia
    Special Assistant Corporation Counsel