UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Francisco Benitez
                              Plaintiff,

v.                                                       Case No.: 1:23−cv−16896
                                                                           Honorable Mary M. Rowland

Jerome Bogucki, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: The Court grants Defendants' motion to clarify [83]. Plaintiff is to disclose all experts by 9/30/25; defendants are to disclose all experts by 10/30/25 and all expert discovery is to be completed by 12/15/25. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.