**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Francisco Benitez

          Plaintiff,

v.

                                           Case No.: 1:23–cv–16896

                                           Honorable Mary M. Rowland

Gail Feiger, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The corrects order [139] as follows: Status hearing held. Plaintiff's experts have been deposed. Currently the County is to produce expert reports by 4/20/26 but the parties are discussing settlement. The County requests more time to continue settlement discussions. The parties reported discussing settlement on December 3, 2025. [132]. It is time to get the case resolved or to litigate. The Court will extend the County's date to produce expert report to 5/8/26. Parties to file a status report by 4/20/26. If the parties report AGAIN "we are talking but we need more time" the Court will NOT extend this date. Stop talking and reach an agreement or make a decision that it is in the best interest of your clients to litigate the case. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.